# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARVIN HARRIS,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**FNU FISHER, THERESA CISNEROS,**<br><br>        **Defendants.** | Case No.  1:22-cv-00716-AWI-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No.  6) |

    Plaintiff Marvin Harris initiated this action proceeding pro se by filing a Complaint against correctional officer Fisher and Warden Cisneros.  (Doc. No. 1.)  The matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On September 26, 2022, the assigned magistrate judge issued a Findings and Recommendations recommending dismissing the action due to Plaintiff's failure to prosecute or comply with the Court's orders due to his failure to timely comply with the Court's August 3, 2022 order directing that he pay the filing fee or submit an application to proceed as a pauper. (Doc. No. 6.)  The Findings and Recommendations served on Plaintiff was served contained notice that any objections were due within fourteen days.  (Id. at 1, 4.)  As of the date on this Order, Plaintiff has not filed any timely objections.  (See docket.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on September 26, 2022 (Doc. No. 6) are adopted in full;

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   December 2, 2022                                  /s/ signature

SENIOR DISTRICT JUDGE